# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2018

SEAN F. McAVOY, CLERK

KEVIN ANDERSON,

*Plaintiff*

v.

SCOTT RUSSELL; BELINDA STEWART; BRAD SIMPSON; JAMES KEY; JOSEPH LUCE; and JOHN or JANE DOES NO. 1,

*Defendant*

Civil Action No. 2:17-cv-00412-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment (ECF No. 9) is GRANTED IN PART and DENIED IN PART.
Plaintiff's RLUIPA claim is dismissed with prejudice.
Plaintiff's Washington State constitutional claim is dismissed without prejudice.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for Summary Judgment (ECF No. 9)

Date: 08/20/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates